PAUL MATA
Nevada Bar No. 14922
SEYFARTH SHAW, LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: 310-277-7200
Facsimile: 310-201-5219
Email: pmata@seyfarth.com
*Attorneys for Defendant*
*Otis Elevator Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRODERICK SINCLAIR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>OTIS WORLDWIDE CORPORATION, OTIS ELEVATOR COMPANY, ROBERT LINDLEY, STEVE BERGER, ZACHARY CHRISTIANSEN, STEVEN SPERB, KEVIN HANSON, JANE NGUYEN, AND PAUL HENTZ; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02065-GMN-EJY<br><br>**DEFENDANT OTIS ELEVATOR COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>*(FIRST REQUEST)* |

Defendant OTIS ELEVATOR COMPANY ("Otis"), by and through its attorneys, and pursuant to LR IA 6-1, respectfully moves this Court to extend the deadline for Otis to answer or otherwise respond to Plaintiff's complaint until February 17, 2023. In support of this motion, Prudential states as follows:

1. Plaintiff filed his Complaint in the District of Nevada on December 13, 2022.

2. Otis was served on December 15, 2022, and Otis' response is currently due on January 5, 2023.

DEFENDANT OTIS ELEVATOR COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD (FIRST REQUEST)
90859600v.1

3. Otis and its counsel require additional time in which to investigate the claims and prepare Otis's response to the Complaint.

4. Otis's counsel contacted opposing counsel on December 21, 2022 to request an extension of time for Otis to answer or otherwise respond to the Complaint. Plaintiff does not object to this extension.

5. This is Otis's first request for an extension of time to answer or otherwise respond to Plaintiff's complaint.

6. This request is made in good faith and not for the purposes of unwarranted delay or for any other improper purpose.

**\*\*\*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK\*\*\***

WHEREFORE, for the foregoing reasons, Otis respectfully requests that the Court enter an order granting Otis an extension of time until February 17, 2023, in which to answer or otherwise respond to Plaintiff's Complaint.

Dated: January 3, 2023

Respectfully Submitted,

/s/ Paul Mata
Paul Mata
Seyfarth Shaw, LLP

*Attorneys for Defendant*
*OTIS ELEVATOR COMPANY*

IT IS SO ORDERED.

_____
THE HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED:  January 3, 2023.