Doreen Spears Hartwell, Esq.
Nevada State Bar No. 7525
Laura Thalacker, Esq.
Nevada State Bar No. 5522
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
doreen@HartwellThalacker.com
laura@HartwellThalacker.com
Attorneys for Defendants
OTIS ELEVATOR COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRODERICK SINCLAIR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>OTIS WORLDWIDE CORPORATION, OTIS ELEVATOR COMPANY, ROBERT LINDLEY, STEVE BERGER, ZACHARY CHRISTIANSEN, STEVEN SPERB, KEVIN HANSON, JANE NGUYEN, AND PAUL HENTZ; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02065-GMN-EJY<br><br>**DEFENDANT OTIS WORLDWIDE CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>*(FIRST REQUEST)* |

Defendant Otis Worldwide Corporation ("Otis Worldwide"), by and through its attorneys, and pursuant to LR IA 6-1, respectfully moves this Court to extend the deadline for him to answer or otherwise respond to Plaintiff's complaint until March 6, 2023. In support of this motion, Otis Worldwide states as follows:

1. Plaintiff filed his Complaint in the District of Nevada on December 13, 2022.

2. Otis Worldwide was served on February 2, 2023, and its response is currently due on February 23, 2023.

---

DEFENDANT OTIS ELEVATOR COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD (FIRST REQUEST)

92352898v.1

3. Otis Worldwide and its counsel require additional time in which to investigate the claims and prepare his response to the Complaint.

4. Otis Worldwide's counsel contacted opposing counsel on February 21, 2023 to request an extension of time for Otis Worldwide to answer or otherwise respond to the Complaint. Plaintiff does not object to this extension.

5. This is Otis Worldwide's first request for an extension of time to answer or otherwise respond to Plaintiff's complaint.

6. This request is made in good faith and not for the purposes of unwarranted delay or for any other improper purpose.

**\*\*\*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK\*\*\***

WHEREFORE, for the foregoing reasons, Otis Worldwide respectfully requests that the Court enter an order granting Otis Worldwide an extension of time until March 6, 2023, in which to answer or otherwise respond to Plaintiff's Complaint.

Dated: February 22, 2023

Respectfully Submitted,

/s/ *Doreen Spears Hartwell*
Doreen Spears Hartwell
Hartwell Thalacker, LTD

*Attorneys for Defendant*
*Otis Worldwide Corporation*

IT IS SO ORDERED.

_____
THE HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: February 22, 2023.

3
DEFENDANT OTIS WORLDWIDE CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD (FIRST REQUEST)

92352898v.1