Doreen Spears Hartwell, Esq.
Nevada State Bar No. 7525
Laura Thalacker, Esq.
Nevada State Bar No. 5522
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
doreen@HartwellThalacker.com
laura@HartwellThalacker.com
Attorneys for Defendants
OTIS ELEVATOR COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRODERICK SINCLAIR, individually, | Case No.: 2:22-cv-02065-GMN-EJY |
| Plaintiff, | **UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT** |
| vs. | |
| OTIS ELEVATOR COMPANY, ROBERT LINDLEY, STEVE BURGER, ZACHARY CHRISTIANSEN, STEVEN SPERB, KEVIN HANSON, JANE NGUYEN, AND PAUL HENTZ; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | ***(FIRST REQUEST)*** |
| Defendants. | |

Defendants Otis Elevator Company ("Otis"), Robert Lindley ("Lindley"), Zachary Christiansen ("Christiansen), Steven Sperb ("Sperb"), Kevin Hanson ("Hanson"), Jane Nguyen ("Nguyen"), and Paul Hentz ("Hentz") (collectively "Defendants")by and through their attorneys, and pursuant to LR IA 6-1, respectfully moves this Court to extend the deadline for them to answer or otherwise respond to Plaintiff's Amended Complaint (Doc. 50) filed on March 1, 2023. In support of this motion, Otis Worldwide states as follows:

1. Plaintiff filed his Complaint in the District of Nevada on December 13, 2022.

2. Otis served its Answer to the Complaint on February 17, 2023.

3. Defendants Lindley, Sperb, Hanson, Nguyen and Hentz executed waivers of service and were scheduled to answer or otherwise respond to the Complaint on March 6, 2023.

4. Defendant Christiansen was served on January 25, 2023, and received an extension of time to answer or otherwise respond to the Complaint until March 6, 2023 (Doc. 42).

5. On March 1, 2023, Plaintiff filed his Amended Complaint (Doc. 50).

6. Defendants' responses are presently due March 15, 2023.

7. Counsel managing the day-to-day matters of this litigation is presently scheduled to be out of the country from March 10, 2023, through March 16, 2023.  As such, Defendants request a one-week extension of the March 15, 2023, deadline to March 22, 2023, to file their answers or otherwise respond to the newly filed Amended Complaint (Doc. 50).

8  Defense counsel contacted opposing counsel on March 7, 2023, to request this extension of time and Plaintiff does not object to this extension.

9. This is Defendant's first request for an extension of time to answer or otherwise respond to Plaintiff's Amended Complaint.

10. This request is made in good faith and not for the purposes of unwarranted delay or for any other improper purpose.

***REMAINDER OF PAGE INTENTIONALLY LEFT BLANK***

Based on the foregoing, Otis, Lindley, Christiansen, Sperb, Hanson, Nguyen, and Hentz respectfully request that the Court enter an order granting them an extension of time until March 22, 2023, in which to answer or otherwise respond to Plaintiff's Amended Complaint.

Dated: March 9, 2023.

Respectfully Submitted,

/s/*Doreen Spears Hartwell*
Doreen Spears Hartwell
Hartwell Thalacker, LTD

*Attorneys for Defendant*
*Otis Worldwide Corporation*

IT IS SO ORDERED.

DATED: March 9, 2023.

_____
UNITED STATES MAGISTRATE JUDGE