Doreen Spears Hartwell, NSB #7525
Laura J. Thalacker, NSB #5522
Hartwell Thalacker, Ltd.
11920 Southern Highlands Pkwy, #201
Las Vegas, NV 89141
Ph: 702-850-1074; Fax: 702-508-9551
doreen@hartwellthalacker.com
laura@hartwellthalacker.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRODERICK SINCLAIR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>OTIS ELEVATOR COMPANY, ROBERT LINDLEY, STEVE BURGER, ZACHARY CHRISTIANSEN, STEVEN SPERB, KEVIN HANSON, JANE NGUYEN, AND PAUL HENTZ; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02065-GMN-EJY<br><br>**DEFENDANT STEVE BURGER'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>*(FIRST REQUEST)* |

Defendant Steve Burger ("Burger"), by and through his attorneys, and pursuant to LR IA 6-1, respectfully moves this Court to extend the deadline for him to answer or otherwise respond to Plaintiff's Amended Complaint until April 17, 2023.  In support of this motion, Burger states as follows:

1. Plaintiff filed his Complaint in the District of Nevada on December 13, 2022, and his First Amended Complaint on March 1, 2023.

2. Burger was served on March 11, 2023, and his response is currently due on April 3, 2023.

3. Burger and his counsel require additional time in which to investigate the claims and prepare his response to the Complaint.

4. Burger's counsel contacted opposing counsel on March 28, 2023 and March 30, 2023 to request an extension of time for Burger to answer or otherwise respond to the Complaint. Plaintiff does not object to this extension.

5. This is Burger's first request for an extension of time to answer or otherwise respond to Plaintiff's complaint.

6. This request is made in good faith and not for the purposes of unwarranted delay or for any other improper purpose.

***REMAINDER OF PAGE INTENTIONALLY LEFT BLANK***

WHEREFORE, for the foregoing reasons, Burger respectfully requests that the Court enter an order granting Burger an extension of time until April 17, 2023, in which to answer or otherwise respond to Plaintiff's Complaint.

Dated: March 30, 2023

Respectfully Submitted,

/s/*Doreen Spears Hartwell*
Doreen Spears Hartwell
Hartwell Thalacker, LTD

*Attorneys for Defendant*
STEVE BURGER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 31, 2023.

3
DEFENDANT STEVE BURGER'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD (FIRST REQUEST)

93658319v.1