| | |
|---|---|
| 1 | DANIELLE J. BARRAZA, ESQ. |
| 2 | Nevada Bar No. 13822<br>**MAIER GUTIERREZ & ASSOCIATES** |
| 3 | 8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 |
| 4 | Telephone: 702.629.7900<br>Facsimile: 702.629.7925 |
| 5 | E-mail: djb@mgalaw.com |
| 6 | Tracey L. Brown, Esq. (*pro hac vice*)<br>**THE COCHRAN FIRM** |
| 7 | 55 Broadway, 23rd Floor<br>New York, New York 10006 |
| 8 | Telephone: 212.553.9165<br>Facsimile: 212.227.8763 |
| 9 | E-mail: tbrown@cochranfirm.com |
| 10 | *Attorneys for Plaintiff Broderick Sinclair* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRODERICK SINCLAIR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>OTIS ELEVATOR COMPANY, ROBERT LINDLEY, STEVE BURGER, ZACHARY, CHRISTIANSEN, STEVEN SPERB, KEVIN HANSON, JANE NGUYEN, and PAUL HENTZ; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02065-GMN-EJY<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff BRODERICK SINCLAIR and Defendants OTIS ELEVATOR COMPANY, ROBERT LINDLEY, STEVE BURGER, ZACHARY, CHRISTIANSEN, STEVEN SPERB, KEVIN HANSON, JANE NGUYEN, and PAUL HENTZ, by their attorneys and pursuant to Fed. R. Civ. P. 41(a) and Local Rule 41.1(b), hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff's claims against all of the Defendants in their entirety. Each party shall bear his or its

1

own attorney's fees and costs.

Dated: June 5, 2023

Respectfully Submitted,

 /s/ Tracey L. Brown
Tracey L. Brown, Esq. (*pro hac vice*)
The Cochran Firm
55 Broadway, 23rd Floor
New York, New York 10006
Telephone: 212.553.9165
Facsimile: 212.227.8763
E-mail: tbrown@cochranfirm.com

DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Broderick Sinclair*


/s/ Stephanie Manning
Stephanie Manning (admitted pro hac vice)
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, Texas 77002

Jamie Chanin Pollaci (admitted pro hac vice)
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021

Doreen Spears Hartwell, Esq.
Nevada Bar No. 7525
Hartwell Thalacker
11920 Southern Highlands Pkwy, Suite 201
Phone:  (702) 850-1074
Fax:  (702) 508-9551
Las Vegas, NV 89141
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**  The Clerk of Court is instructed to close the case.

Dated this   8    day of June, 2023.


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2